Commonwealth ex rel. W. U. Hensel, Attorney General,
    *v.* Order of Solon.    Appeal of James Fitzsimmons.

Argued May 30, 1899.   Appeal, No. 21, May T., 1899, by
James Fitzsimmons, from order of C. P. Dauphin Co., June T.,
1894, No. 310, dismissing exceptions to auditors' report.   Be-
fore STERRETT, C. J., GREEN, MITCHELL, DEAN and FELL, JJ.
Affirmed.

*C. A. O'Brien,* for appellant.

*Lyman D. Gilbert,* with him *Josiah H. Quincy,* for appellee.

OPINION BY MR. CHIEF JUSTICE STERRETT, July 19, 1899:
This case was heard and considered with two other cases
involving substantially the same questions.   In one of these,
Commonwealth ex rel. Attorney General v. The Order of Solon,
L. K. Porter's Appeal, No. 18, May term, 1899, an opinion has
just been filed affirming the decree, etc., ante, p. 487.   For rea-
sons therein given, the decree in this case is also affirmed and
the appeal dismissed at appellant's costs.